No. 79–5686.  BARR *v.* PHELPS, CORRECTIONS SECRETARY. Motion for leave to file petition for writ of habeas corpus denied.

No. 79–681.  SHUFFMAN, EXECUTRIX *v.* HARTFORD TEXTILE CORP. ET AL.  Motion of petitioner to strike memorandum for federal respondents in opposition denied.  Motion for leave to file petition for writ of mandamus denied.

No. 79–5667.  PAUL *v.* STAFFORD, U. S. DISTRICT JUDGE, ET AL.  Motion for leave to file petition for writ of mandamus and *b* other relief denied.

No. 79–5609.  BOTTOS *v.* PIVARNICK ET AL.  Motion for leave to file petition for writ of prohibition denied.

No. 79–343.  SUN SHIP, INC. *v.* PENNSYLVANIA ET AL. Appeal from Pa. Commw. Ct.  Probable jurisdiction noted.

No. 79–602.  AGINS ET UX. *v.* CITY OF TIBURON.  Appeal from Sup. Ct. Cal.  Probable jurisdiction noted.

No. 79–703.  CAREY, STATE'S ATTORNEY OF COOK COUNTY *v.* BROWN ET AL.  Appeal from C. A. 7th Cir.  Probable jurisdiction noted.

No. 79–383.  STANDEFER *v.* UNITED STATES.  C. A. 3d Cir. Certiorari granted.

No. 79–672.  NATIONAL LABOR RELATIONS BOARD *v.* RETAIL STORE EMPLOYEES UNION, LOCAL 1001, RETAIL CLERKS INTERNATIONAL ASSN., AFL–CIO, ET AL.  C. A. D. C. Cir.  Certiorari granted.